PROB. 12C
DNE 03/2004

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

JUN 26 PM 3: 1`

OFFICE OF THE CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

## Petition for Warrant or Summons for Offender Under Supervision

**Offender:** Jeremy Smith     **Docket Number:** 8:01CR243

**Type of Supervision:** Supervised Release     **Date of This Report:** June 23, 2006

**Sentencing Judge:** The Honorable Lyle E. Strom
Senior United States District Judge

**Offense of Conviction:** Conspiracy to Distribute with Intent to Possess Cocaine Base
21 U.S.C. 841(a)(1) and 846
**Date Sentenced:** March 5, 2002
**Sentence:** 168 months custody, 5 years supervised release
**Sentence Reduction:** December 16, 2004, 42 months custody

**Supervision Term:** December 17, 2004, through December 16, 2009

**Prepared By:**      **Assistant U.S. Attorney:**      **Defense Attorney:**
Ron Scheidt, Senior      Maria Moran      David Stickman, FPD
U.S. Probation Officer

## PETITIONING THE COURT

**The undersigned probation officer recommends that a <u>Summons</u> be issued for service upon Jeremy Smith and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations.**

ORDER MAILED 6/27/06
__ All Cnsl of Record __ U.S. Pretrial Services
__ U.S. Marshal      X U.S. Probation

Summons issued on 6/27/06

**SMITH, Jeremy**
**Petition for Warrant or Summons**
**June 23, 2006**

The probation officer believes the offender has violated the following conditions of supervision:

| Allegation No. | Nature of Noncompliance |
|---|---|
| 1. | Jeremy Smith is in violation of **Special Condition #9** which states, "The defendant shall not commit another federal, state or local crime." |

On May 15, 2006, Omaha Police Officers were dispatched to a call of a reported domestic assault at the residence of Jeremy Smith and Shuneill Glover. The report indicates that the offender became violent and started destroying tables by flipping them over. Ms. Glover left the house and the offender threw items at her while she was in the front yard. He then grabbed her by the hair and dragged her back into the residence. Hair was ripped out of the back of her head. The offender threw the victim to the floor in the bathroom, ripped off her shirt and pants and urinated on her. The offender then left the residence. Charges of Domestic Assault 3rd degree, Disorderly Conduct and Criminal Mischief, all misdemeanors were filed. A warrant was subsequently issued and the offender arrested on June 2, 2006. He is released on bond pending further proceedings.

2.    Jeremy Smith is in violation of **Standard Condition #7** which states, "The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substances or any paraphernalia related to any such substances , except as prescribed by a physician."

On May 16, 2006, the offender submitted a urine specimen which tested presumptive positive for THC. The offender admitted that he had used marijuana.

On June 22, 2006, the offender submitted a urine specimen which tested presumptive positive for THC. The offender admitted that he had used marijuana.

**SMITH, Jeremy**
**Petition for Warrant or Summons**
**June 23, 2006**

Assistant U.S. Attorney Maria Moran  has been notified of this action.

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,

Ron Scheidt, Senior
U.S. Probation Officer

Reviewed by,

John A. Hill, Supervising
U.S. Probation Officer

SMITH, Jeremy
Petition for Warrant or Summons
June 23, 2006
THE COURT ORDERS THAT:

_____   No action shall be taken.

_____   A Warrant shall be issued for service upon Jeremy Smith and a hearing held by the Court to determine whether Jeremy Smith has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____   The U. S. Probation Officer shall summons Jeremy Smith to appear for a hearing in court to determine whether Jeremy Smith has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

_____   The following action to be taken (specify other action):

_____                    6/26/06
The Honorable Lyle E. Strom                          Date
Senior United States District Judge

### * * * NOTICE TO OFFENDER * * *

Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:
(A)   written notice of the alleged violation(s);
(B)   disclosure of the evidence against you;
(C)   an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;
(D)   notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.