IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )       8:01CR243
                              )
      v.                      )
                              )
JEREMY SMITH,                 )       ORDER
                              )
            Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to continue hearing (Filing No. 75). The Court notes plaintiff and the probation officer have no objection. Accordingly,

IT IS ORDERED that the final dispositional hearing on the petition for offender under supervision (Filing No. 66) is rescheduled for:

**Friday, December 1, 2006, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Defendant shall be present.

DATED this 25th day of September, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court