IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )         8:01CR243
                             )
     v.                      )
                             )
JEREMY SMITH,                )         ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 78). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the final dispositional hearing on the petition for offender under supervision (Filing No. 66) is rescheduled for:

**Friday, February 2, 2007, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 29th day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court