IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR243 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the recommendation of the probation officer that the petitioner for offender under supervision (Filing No. 66) be dismissed.  Accordingly,

IT IS ORDERED that the petition for offender under supervision is dismissed without prejudice.

DATED this 2nd day of April, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court