# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:01CR243 |
| vs. | ) | |
| | ) | ORDER |
| JEREMY SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

 Defendant Jeremy Smith (Smith) appeared before the court on October 18, 2007, on the Petition for Warrant or Summons for Offender Under Supervision (Report) (Filing No. 86). Smith was represented by Assistant Federal Public Defender David M. O'Neill and the United States was represented by Assistant U.S. Attorney Michael D. Wellman. Through his counsel, Smith waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Report alleges probable cause, and Smith should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom. Smith was returned to Douglas County Authorities and the U.S. Marshal was directed to place a detainer with such authorities.

 **IT IS ORDERED**:

 A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:30 a.m. on November 9, 2007.** Defendant must be present in person.

 DATED this 18th day of October, 2007.

             BY THE COURT:

              s/Thomas D. Thalken
             United States Magistrate Judge