IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
             Plaintiff,      )         8:01CR243
                             )
       v.                    )
                             )
JEREMY SMITH,                )         ORDER
                             )
             Defendant.      )
_____)
```

This matter is before the Court on defendant's motion to continue hearing (Filing No. 105).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that the final dispositional hearing in this matter is continued to:

**Wednesday, July 2, 2008, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  Counsel for defendant shall file a written report concerning state court charges pending against defendant on or before that date.

DATED this 25th day of March, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court