IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )           8:01CR243
                               )
         v.                    )
                               )
JEREMY SMITH,                  )           ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on the motion of Julie B. Hansen to withdraw as counsel (Filing No. 109).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED:

1) Julie B. Hansen and the Office of the Federal Public Defender are deemed withdrawn as counsel of record for defendant.

2) The Office of the Federal Public Defender shall appoint counsel to represent defendant in this matter.

DATED this 22nd day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court