IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR243 |
| | ) | |
| v. | ) | |
| | ) | |
| JEREMY SMITH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for dismissal of petition for warrant or summons for offender under supervision (Filing No. 112).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the petition for warrant or summons for offender under supervision (Filing No. 86) is dismissed without prejudice.  All other pending motions are denied as moot.

DATED this 29th day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court