**SEALED**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

10 MAR -2 AM 9: 14

OFFICE OF THE CLERK

PROB. 12C
DNE 03/2004

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Amended
Third Petition for Warrant or Summons for Offender Under Supervision

| | | | |
|---|---|---|---|
| **Offender:** | Jeremy Smith | **Docket Number:** | 8:01CR243 |
| **Type of Supervision:** | Supervised Release | **Date of This Report:** | March 1, 2010 |

**Sentencing Judge:** The Honorable Lyle E. Strom
Senior United States District Judge

**Offense of Conviction:** Conspiracy to Distribute with Intent to Possess Cocaine Base
21 U.S.C. 841 (a)(1) and 846.
**Date Sentenced:** March 5, 2002
**Sentence:** 168 months custody, 5 years supervised release

**Prior Revocations:** Date filed June 26, 2006   Date dismissed: April 27, 2007
Date filed September 24, 2007   Date dismissed: July 29, 2008

**Supervision Term:** December 17, 2004 through November 16, 2010
( Supervision time was tolled from August 30, 2007 to July 30, 2008 while the offender was in custody awaiting disposition in another jurisdiction.)

| **Prepared By:** | **Assistant U.S. Attorney:** | **Defense Attorney:** |
|---|---|---|
| Ron Scheidt, Senior United States Probation Officer | Maria Moran | David Stickman, FPD |

## PETITIONING THE COURT

The undersigned probation officer recommends that a <u>Warrant</u> be issued for service upon Jeremy Smith and that a hearing be held by the Court to determine whether the offender has violated the conditions of supervision as set forth in this report and to determine whether the offender's supervision should be revoked or continued, modified, and/or extended based on the alleged violations.

On February 19, 2010, a Petition for Warrant or Summons for Offender Under Supervision was submitted requesting the issuance of a Summons. A Summons was issued and the offenders Initial Appearance is scheduled in front of Magistrate Judge Thalken on Monday March 8, 2010. Since the date of the Petition a Warrant has been issued in Douglas County Court charging the offender with the offense of Tamper with a Witness/Informant/Juror a Class Four Felony. Allegation # 4 has been added to the previously submitted Petition. The undersigned probation officer recommends that this Amended Third Petition be heard at the same time as the previously filed petition.

*Warrant issued 3/2/10*

Jeremy Smith                                                                                           March 1, 2010
**Amended Third Petition for Warrant or Summons**

The probation officer believes the offender has violated the following conditions of supervision:

| Allegation No. | Nature of Noncompliance |
|---|---|
| 1 | Jeremy Smith is in violation of **the Mandatory Condition** which states, "The defendant shall not commit another federal, state, or local crime." |

On February 11, 2010, officers of the Omaha Police Department responded to a call of a domestic disturbance. As they were arriving they were advised that the suspect had just left the scene. His vehicle was spotted and a traffic stop was initiated at which time contact was made with the offender. A small amount of blood was observed on the offender's shirt. The offender admitted that he was leaving his baby mama's house but denied that they were fighting.

The alleged victim Kleatha Livingston, the mother of the offender's son indicated that she had a male friend over at her apartment when the offender stopped by. The offender directed the friend to leave the residence. He then became irate and started yelling at Miss Livingston. He proceeded to flip her computer onto the floor, punch a hole in the wall and break a ceramic figurine. He is then alleged to have head butted her in the right temple and grabbed her neck with his right hand. He then let go of her neck and head butted her a second time.

The victim indicated that she ran to the bathroom locking herself in. She finally unlocked the door and allowed the offender access at the threat of him breaking the door in. She stated that she grabbed a curtain rod to defend herself. The offender ripped it out of her hands causing a small laceration to her left hand. She further stated that during the entire assault he threatened her not to call the police or go to the hospital. As soon as the offender left she called 911 and reported the incident.

When the officers first arrived the victim stated that her breathing had been impaired. After the officers explained to her that it was a felony to strangle someone, she indicted that her breathing was not impaired. When questioned as to why she had changed her statement, she indicated that she did gag and had difficulty breathing but she didn't want the offender to go to jail for a long time.

The officers observed a large amount of destruction of property at the residence. Additionally there was a large amount of blood on the kitchen floor from the wound on the victim's hand. The victim was observed to have scratches on the left side of her neck and upper chest. She also had a scratch on her right forearm in addition to a small laceration on her left hand. Noteworthy is the fact that both of the victims children were present during the incident.

Jeremy Smith                                                                                       March 1, 2010
Amended Third Petition for Warrant or Summons

>  **The offender was arrested for the offense of domestic violence strangulation, a Class 4 felony.** The offender is currently at liberty after posting a $2,000.00 bond which he reports was posted by the victim from her income tax refund. He has a preliminary hearing scheduled in Douglas County Court for February 25, 2010.
>
>  **If the Court finds the offender has violated this condition, which is a grade A or B violation, revocation is mandatory.**

2        Jeremy Smith is in violation of **the Mandatory Condition** which states, "The defendant shall not commit another federal, state, or local crime."

>  On February 11, 2010, officers of the Omaha Police Department responded to a call of a domestic disturbance. As they were arriving they were advised that the suspect had just left the scene. His vehicle was spotted and a traffic stop was initiated at which time contact was made with the offender. A small amount of blood was observed on the offender's shirt. The offender admitted that he was leaving his baby mama's house but denied that they were fighting.
>
>  The alleged victim Kleatha Livingston, the mother of the offender's son indicated that she had a male friend over at her apartment when the offender stopped by. The offender directed the friend to leave the residence. He then became irate and started yelling at Miss Livingston. He proceeded to flip her computer onto the floor, punch a hole in the wall and break a ceramic figurine. He is then alleged to have head butted her in the right temple and grabbed her neck with his right hand. He then let go of her neck and head butted her a second time.
>
>  The victim indicated that she ran to the bathroom locking herself in She finally unlocked the door and allowed the offender access at the threat of him breaking the door in. She stated that she grabbed a curtain rod to defend herself. The offender ripped it out of her hands causing a small laceration to her left hand. She further stated that during the entire assault he threatened her not to call the police or go to the hospital. As soon as the offender left she called 911 and reported the incident.
>
>  When the officers first arrived the victim stated that her breathing had been impaired. After the officers explained to her that it was a felony to strangle someone, she indicted that her breathing was not impaired. When questioned as to why she had changed her statement, she indicated that she did gag and had difficulty breathing but she didn't want the offender to go to jail for a long time.
>
>  The officers observed a large amount of destruction of property at the residence. Additionally there was a large amount of blood on the kitchen floor from the wound on the victim's hand. The victim was observed to have scratches on the left side of her neck and upper chest. She also had a scratch

Jeremy Smith                                                                                                                March 1, 2010
**Amended Third Petition for Warrant or Summons**

on her right forearm in addition to a small laceration on her left hand. Noteworthy is the fact that both of the victims children were present during the incident.

**The offender was arrested for the offense domestic assault 3rd degree, a Class 1 misdemeanor.** The offender is currently at liberty after posting a $2,000.00 bond which he reports was posted by the victim from her income tax refund. He has a pretrial hearing scheduled for April 9, 2010 in Douglas County Court.

3     Jeremy Smith is in violation of **the Mandatory Condition** which states, "The defendant shall not commit another federal, state, or local crime."

On February 11, 2010, officers of the Omaha Police Department responded to a call of a domestic disturbance. As they were arriving they were advised that the suspect had just left the scene. His vehicle was spotted and a traffic stop was initiated at which time contact was made with the offender. A small amount of blood was observed on the offender's shirt. The offender admitted that he was leaving his baby mama's house but denied that they were fighting.

The alleged victim Kleatha Livingston, the mother of the offender's son indicated that she had a male friend over at her apartment when the offender stopped by. The offender directed the friend to leave the residence. He then became irate and started yelling at Miss Livingston. He proceeded to flip her computer onto the floor, punch a hole in the wall and break a ceramic figurine. The officers observed a large amount of destruction of property at the residence. Noteworthy is the fact that both of the victims children were present during the incident.

**The offender was arrested for the offenses of destruction of property (charged as criminal mischief), a Class 2 misdemeanor.** The offender is currently at liberty after posting a $2,000.00 bond which he reports was posted by the victim from her income tax refund. He has a pretrial hearing scheduled for April 9, 2010 in Douglas County Court.

4     Jeremy Smith is in violation of **the Mandatory Condition** which states, "The defendant shall not commit another federal, state, or local crime."

On February 11, 2010, a phone call was placed by the offender who was incarcerated at Douglas County Corrections to Kleatha Livingston the alleged victim in the aforementioned allegations. The offender told Miss Livingston that " You tell that man that you lied, that's what you tell them. Don't say that you don't want me in jail. You got to tell them you lied about everything. Tell them I lied about everything. I'm not gonna prosecute him. I would like if you guys wouldn't waste your time, no ones time. Cuz, I 'm not coming, that's what you got to say. Okay?" Livingston then says "OK ". A warrant has been issued in Douglas County Court for the offenders arrest charging him with the offense of **Tamper with a Witness/Informant/Juror, a class Four Felony.**

Jeremy Smith                                                                    March 1, 2010
Amended Third Petition for Warrant or Summons

> If the Court finds the offender has violated this condition, which is a grade A or B violation, revocation is mandatory.

Assistant U.S. Attorney Maria Moran has been notified of this action.

I declare under penalty of perjury that the forgoing is true and correct.

Respectfully submitted,                         Reviewed by,

*[signature]*                                    *[signature]*

Ron Scheidt, Senior                              Kit Lemon, Supervising
United States Probation Officer                  United States Probation Officer

Jeremy Smith                                                                                         March 1, 2010
**Amended Third Petition for Warrant or Summons**

### THE COURT ORDERS THAT:

___       No action shall be taken.

✓       A Warrant shall be issued for service upon Jeremy Smith and a hearing held by the Court to determine whether Jeremy Smith has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations. **The undersigned probation officer recommends that this Amended Third Petition be heard at the same time as the previously filed petition.**

___      The U. S. Probation Officer shall summons Jeremy Smith to appear for a hearing in court to determine whether Jeremy Smith has violated the conditions of supervision as set out in the foregoing report and to determine whether the term of supervision should be revoked, continued, modified, and/or extended based on the alleged violations.

___      The following action to be taken (specify other action):

_____                                   _____3/2/10_____
The Honorable Lyle E. Strom                                                        Date
United States Senior District Judge

### * * * NOTICE TO OFFENDER * * *

Pursuant to the Federal Rules of Criminal Procedure 32.1(b)(2) you are entitled to:
- (A)  written notice of the alleged violation(s);
- (B)  disclosure of the evidence against you;
- (C)  an opportunity to appear, present evidence, and question adverse witnesses unless the court determines that the interest of justice does not require the witness to appear;
- (D)  notice of your right to retain counsel or to request that counsel be appointed if you cannot obtain counsel.