IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )         8:01CR243
                             )
      v.                     )
                             )
JEREMY SMITH,                )         ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for continuance (Filing No. 138).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the dispositional hearing on the petitions for warrant or summons for offender under supervision (Filing Nos. 117 and 122) is rescheduled for:

**Tuesday, July 20, 2010, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court